# EXHIBIT 1

Dominic J. Whitham

185 Louis Lamour Lane
Clark, WY 82435

Phone: 307-645-3319
E-mail: dominic@prosurv.com

Invoice for Horizontal Technology, Inc. (HTI)—Source Code Agreement / Transfer of copyright ownership of all Baselines and State Plane Coordinates Code, modules, classes, and forms, and all supporting functions within all of the DataTraX suite of products, from Dominic J. Whitham, to Horizontal Technology, Inc.

**Invoice Date: 7 Aug 2017**

| Details | | | | Total |
|---|---|---|---|---|
| On 26 July 2017, Dominic J. Whitham and HTI hereby agree to the following terms: <br> 1. The ownership of the heretofore claimed Prosurv components all currently owned by Dominic J. Whitham, called Baselines and State Plane Coordinates that exist or existed as Source Code within all DataTraX suite of products is now transferred unto Horizontal Technology, Inc. and any successors or assigns, in perpetuity. <br> 2. Horizontal Technology, Inc., per this agreement, is the owner of all Source Code within the DataTraX suite of products, including any and all necessary Source Codes relating to Prosurv Baselines and State Plane Coordinates computations, components, forms, classes, functions, routines, subroutines and all supporting functions and all sub-routines such as intersection calculations that exist/existed within all of the DataTraX suite of products (collectively "Code"). <br> 3. Horizontal Technology, Inc., per this agreement, owns everything in the Code, and therefore can make changes to DataTraX software or Code, anytime, forever into the future. Any changes, additions, or modifications made to the Code or its derivative works will still be exclusively owned by Horizontal Technology, Inc. <br> 4. Therefore, the heretofore claimed Prosurv components called Baselines and State Plane Coordinates that exist/existed as Source Code within all DataTraX products, as they exist/existed right now, are, per execution of this agreement, copyright and all, are 100% owned Horizontal Technology, Inc. <br> 5. Prosurv as a whole (aka Prosurv Data Collection) remains copyright Dominic J. Whitham. However HTI has unlimited license, including time and quantity, for continued use of Prosurv Data Collection. <br> 6. Everything—all Code or Source Code—contained within the DataTraX suite of products, is 100% owned by Horizontal Technology, Inc. <br> 7. Dominic J. Whitham hereby grants, for perpetuity, HTI and any successors or assigns an unlimited right or license to use Prosurv Data Collection in its daily business. <br> 8. Dominic J. Whitham understands at this time that Horizontal Technology, Inc., as of 2011, never intended that Prosurv components, owned by Dominic J. Whitham (namely the Baselines and State Plane Coordinates modules, classes, and forms) were being utilized to provide specific functionality within the DataTraX Suite of products. Thus, per this agreement, Dominic Whitham relinquishes and releases all claims of infringement to that Code by HTI. <br> 9. Horizontal Technology, Inc., had no knowledge of any copyright claims upon the Baselines and State Plane Coordinates modules, classes, and forms, until 2017 and Dominic J. Whitham relinquishes all copyright infringement claims. <br> 10. Per this agreement, Horizontal Technology, Inc will pay Dominic J. Whitham $80,000.00 for this release and transfer all his and Prosurv claims of copyright and ownership of the Code, Prosurv Baselines and State Plane Coordinates modules, classes, and forms, that exist/existed in the DataTraX suite of products and their Source Code, to Horizontal Technology, Inc. | | | | $80,000.00 |
| | 7AUG17 <br> Seller Signature / Date | | 8/2/17 <br> Buyer Signature / Date | |
| | | | | |
| | - To be paid in two installments of $40,000.00 each. <br> - First installment: due per this invoice on or before 7 August, 2017. <br> - Second installment: due 3 months after the sending of installment #1. | | | |
| | Please make check payable to: Dominic J. Whitham <br> Please ship via FedEx to: <br> Dominic J Whitham <br> 185 Louis Lamour Lane <br> Clark, WY 82435 | | | |
| | | | First Installment | $40,000.00 |
| | | | FedEx Discount | ($30.00) |
| | | | First Installment Due 08/07/2017 | $39,970.00 |