# EXHIBIT 2



**Dominic J. Whitham**

185 Louis Lamour Lane  Phone: 307-645-3319
Clark, WY 82435  E-mail: dominic@prosurv.com

Invoice for Horizontal Technology, Inc. (HTI)—Source Code Agreement / Transfer of copyright ownership of all Prosurv Data Collection Source Code, including any and all existing copyrights, from Dominic J. Whitham, to Horizontal Technology, Inc. (HTI)

**Invoice Date: 20 Apr 2018  Invoice #1804010**

| Details | | | | Total |
|---|---|---|---|---|
| On this date, 20 April 2018, Dominic J. Whitham and HTI hereby agree to the following terms:<br>1. Dominic J. Whitham is currently the owner and original developer of all Prosurv Data Collection source code, and currently holds 4 copyrights listed under the name of 'Prosurv v. 8.5', 'Prosurv I', 'Prosurv II', and 'Prosurv 2000', listed as follows (attached herewith);<br>　a. Prosurv v. 8.5—1991—TXu000493548<br>　b. Prosurv I—1989—TXu000397697<br>　c. Prosurv 2000—2000—TXu000960777<br>　d. Prosurv II—1994—TXu000627500<br>1. Dominic J. Whitham hereby transfers ownership and releases all claims of any and all copyrights of Prosurv Data Collection source codes, including but not limited to those as listed above in paragraph 1, to Horizontal Technology, Inc.<br>2. Horizontal Technology, Inc., per this agreement, agrees to pay Dominic J. Whitham the amount of $10,000.00 (ten thousand dollars) for all ownership and copyrights to said Prosurv Data Collection source code.<br>3. Dominic J. Whitham hereby has zero claims left to any and all Prosurv Data Collection source codes, and retains no rights to these codes. | | | | $10,000.00 |
|  | Seller Signature 20Apr18 | Date | Buyer Signature 4/20/18 | |
|  | | | Please make check payable to: Dominic J. Whitham<br>Please ship via FedEx to:<br>　Dominic J. Whitham<br>　185 Louis Lamour Lane<br>　Clark, WY 82435 | |
|  | | | 20 Apr 2018 | $10,000.00 |

State of Texas
County of Harris

Signed to and sworn to before me on 04/20/2018.

[Notary signature]

**KRISTI MARIE SCHROEDER**
Notary ID # 128785536
My Commission Expires
November 9, 2019